| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Miesha Kay Emerson<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0123<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| | | Date Notice Issued:  **3/25/22** |
| United States Bankruptcy Court  District of Kansas | | |
| Case number / Judge:  **21–21459** / **Robert D. Berger** | | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Miesha Kay Emerson

3/25/22                                                        **By the court:** Robert D. Berger
                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                                       page 1

Case 21-21459    Doc# 18    Filed 03/27/22    Page 1 of 5

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Kansas

In re:                                                                                 Case No. 21-21459-RDB
Miesha Kay Emerson                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1083-2                                  User: admin                                    Page 1 of 3
Date Rcvd: Mar 25, 2022                      Form ID: 318                               Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol    Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Skyward Credit Union, c/o Chasity M. Helm, 301 N. Main, Ste 1600, Wichita, KS 67202-4816 |
| 9705687 | + | American Web Loan, 10026-A South Mingo Road, Suite 189, Tulsa, OK 74133-5700 |
| 9705688 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413 |
| 9705692 | + | CER STS REC, 1314 North Main, Hutchinson, KS 67501-4002 |
| 9705697 | | CPAP & Supplies by Sleeptopia, 413 South Pattie Street, Wichita, KS 67211-1724 |
| 9705691 | | Central States Recovery, PO Box 3130, Hutchinson, KS 67504-3130 |
| 9705693 | + | City of Wichita Public Works & Utilities, 455 North Main, 8th Floor, Wichita, KS 67202-1600 |
| 9705694 | + | City of Wichita Water, 455 North Main Street, 2nd Floor, Wichita, KS 67202-1624 |
| 9705696 | | Cox Communications, P.O. Box 9001112, Louisville, KY 40290-1112 |
| 9711432 | + | Direct Recovery Services, P.O. Box 14, Two Harbors, MN 55616-0014 |
| 9705700 | | Emprise Bank, P.O. Box 2970, Colby, KS 67701 |
| 9705703 | + | Global Trust Management, LLC, PO Box 26244, 4805 W Laurel ST, Ste 300, Tampa, FL 33607-4541 |
| 9705706 | + | Kansas Child Support, PO Box 758599, Topeka, KS 66675-8599 |
| 9705710 | + | Labette Health, 1902 South U.S. Highway 59, Parsons, KS 67357-4948 |
| 9705711 | | Labette Health Physicians Group, PO Box 736, Parsons, KS 67357-0736 |
| 9705712 | | Merchants & Medical Credit Corp., 6324 Taylor Drive, Flint, MI 48507-4685 |
| 9705716 | | Precision Radiology LLC, PO Box 715, Wichita, KS 67201-0715 |
| 9705717 | + | Prichard Animal Hospital, P.A., 521 East Grand Avenue, Haysville, KS 67060-1323 |
| 9705720 | + | Reginald Conyers, 2502 N. Springdale Cir., Wichita, KS 67228-8749 |
| 9705722 | + | SKO Brenner American, Inc., 40 Daniel Street, Farmingdale, NY 11735-1308 |
| 9705721 | + | Sedgwick County Courthouse, 525 N Main St, Wichita, KS 67203-3703 |
| 9715364 | | Skyward Credit Union, Klenda Austerman LLC, Chasity M. Helm, 301 N Main, 1600 Epic Center, Wichita, KS 67202 |
| 9705724 | | Unifin, PO Box 4519, Skokie, IL 60076-4519 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: mieshakay@gmail.com | Mar 25 2022 20:21:00 | Miesha Kay Emerson, 4960 South Seneca Street, Lot 62, Wichita, KS 67217-5152 |
| tr | + | EDI: QCJREDMOND.COM | Mar 26 2022 00:23:00 | Christopher J Redmond, Redmond Law Firm, LLC, 13220 Metcalf Ave., Suite 310, Overland Park, KS 66213-2842 |
| cr | | EDI: ATLASACQU | Mar 26 2022 00:23:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 9710006 | | EDI: ATLASACQU | Mar 26 2022 00:23:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 9705689 | | EDI: CAPITALONE.COM | Mar 26 2022 00:23:00 | Capital One Bank USA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 9705690 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Mar 25 2022 20:22:00 | CashNetUSA, PO Box 643990, Cincinnati, OH 45264-0309 |
| 9705695 | + | EDI: CONVERGENT.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Mar 26 2022 00:23:00 | Convergent Outsourcing, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 9705698 | + | Email/Text: customercareus@creditcorpsolutionsinc.com | Mar 25 2022 20:21:00 | Credit Corps Solutions, 121 West Election Road, Suite 200, Draper, UT 84020-7766 |
| 9705699 | + | EDI: NAVIENTFKASMDOE.COM | Mar 26 2022 00:23:00 | Department of Education/ Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 9705701 | | EDI: BLUESTEM | Mar 26 2022 00:23:00 | Fingerhut Advantage, PO Box 166, Newark, NJ 07101-0166 |
| 9705702 | | Email/Text: dromano@fourcounty.com | Mar 25 2022 20:22:00 | Four County Mental Health Center, 3751 Wets Main, P.O. Box 688, Independence, KS 67301-0688 |
| 9705704 | | EDI: IRS.COM | Mar 26 2022 00:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9705705 | | EDI: JEFFERSONCAP.COM | Mar 26 2022 00:23:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 9705707 | | Email/Text: KDOR_KSBANKRUPTCY@KS.GOV | Mar 25 2022 20:22:00 | Kansas Department of Revenue, PO Box 12005, Topeka, KS 66601 |
| 9705708 | | Email/Text: KGSBankruptcy@onegas.com | Mar 25 2022 20:22:00 | Kansas Gas Service, P.O. Box 3535, Topeka, KS 66601-3535 |
| 9705709 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 25 2022 20:22:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 9705712 | | Email/Text: bankruptcy@mermed.com | Mar 25 2022 20:22:00 | Merchants & Medical Credit Corp., 6324 Taylor Drive, Flint, MI 48507-4685 |
| 9711433 | + | Email/Text: bankruptcy@moneykey.com | Mar 25 2022 20:22:00 | MoneyKey, 3422 Old Capitol Trail, Suite 1613, Wilmington, DE 19808-6124 |
| 9705713 | + | Email/Text: bankruptcy@ncaks.com | Mar 25 2022 20:22:00 | National Credit Adjusters, PO Box 3023, 327 W 4th Ave, Hutchinson, KS 67501-4842 |
| 9705715 | | EDI: PRA.COM | Mar 26 2022 00:23:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 9705714 | | EDI: RMSC.COM | Mar 26 2022 00:23:00 | Paypal, P.O. Box 965005, Orlando, FL 32896-5005 |
| 9705718 | | Email/Text: brprocessor@pfccollects.com | Mar 25 2022 20:22:00 | Professional Finance Co, PO Box 1686, Greeley, CO 80632-1686 |
| 9705719 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Mar 25 2022 20:22:00 | Progressive Insurance, Dept. 0561, Carol Stream, IL 60132-0561 |
| 9705723 | + | Email/Text: twalker@skywardcu.com | Mar 25 2022 20:22:00 | Skyward Credit Union, P.O. Box 7704, Wichita, KS 67277-7704 |
| 9705725 | + | Email/Text: bankruptcyreports@wakeassoc.com | Mar 25 2022 20:22:00 | Wakefield & Associates, Inc., PO Box 58, 830 East Platte Avenue Unit A, Fort Morgan, CO 80701-3601 |
| 9705726 | | Email/Text: bkcompliance@evergy.com | Mar 25 2022 20:22:00 | Westar Energy, P.O. Box 758500, Topeka, KS 66675-8500 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2022       Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chasity M. Helm | on behalf of Creditor Skyward Credit Union chelm@klendalaw.com |
| Christopher J Redmond | christopher.redmond@christopherredmondlawfirm.com<br>cindy@christopherredmondlawfirm.com;cjredmond@ecf.axosfs.com;MO26@ecfcbis.com |
| Michael J Watton | on behalf of Debtor Miesha Kay Emerson wlgkc@wattongroup.com<br>MaloneyMR67557@notify.bestcase.com;mwatton@wattongroup.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

TOTAL: 4